Blake Edward Wilson, ESQ. SBN: 279672
BLAKE WILSON LAW GROUP
555 South Corona Mall
Corona, CA. 92879
(951) 880-1898
(951) 346-3360 fax
Email: bwilson@blakewilsonlawgroup.com

*Attorney for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK W. STEIDEL, an Individual;<br><br>Plaintiff<br><br>vs.<br><br>JPMORGAN CHASE BANK, a New York Corporation;<br><br>NDEX WEST, LLC, a Delaware Corporation;<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and<br><br>DOES 1 THROUGH 100 INCLUSIVE.<br><br>Defendants | CASE NO.: 5:12-cv-02085-FMO-DTBx<br><br>**STIPULATION TO DIMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE;** AND ORDER |

Plaintiff, MARK W. STEIDEL ("Plaintiff") and Defendants, JPMORGAN CHASE BANK, N.A., NDEX WEST, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by and through their respective counsel (collective the "Parties"), hereby enter into this stipulation to dismiss case no. 5:12-cv-02085-FMO-DTBx in the above-

-1-

captioned court.

WHEREAS, Plaintiff filed his Verified Complaint for Damages and Equitable Relief on November 28, 2012

WHEREAS, Defendant NDEX WEST, LLC filed an Answer to Plaintiff's Verified Complaint on December 26, 2012, and Defendants JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. filed a Motion to Dismiss on January 7, 2013.

WHEREAS, Plaintiff no longer wants to pursue his claims against Defendants at this time.

THE PARTIES HEREBY STIPULATE to the following:

The Plaintiff's Verified Complaint dated November 28, 2012 shall be dismissed without prejudice.

**IT IS SO STIPULATED.**

                                                  **THE LAW OFFICES OF BLAKE WILSON**

**Date: February 6, 2013**         By:   /s/ *Blake E. Wilson*
                                                  Blake E. Wilson
                                                  **Attorney for Plaintiff, MARK STEIDEL**

                                                  **KEESAL, YOUNG AND LOGAN**

**Date: February   , 2013**        By:   /s/ **TYSON KOVASH**
                                                  Tyson Wayne Kovash
                                                  **Attorney for Defendants, JPMORGAN CHASE and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

|  |  |
|---|---|
| 1 | |
| 2 | **BARRETT DAFFIN FRAPPIER TREDER AND WEISS LLP** |
| 3 | |
| 4 | Date: February , 2013     By:    s/Thomas K. Agawa |
| 5 |                          Thomas K. Agawa<br>                         Attorney for Defendants NDEX WEST, LLC. |

-3-

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

# ORDER

Having considered the above stipulation and good cause appearing, IT IS SO ORDERED.

Dated: February 11, 2013

/s/
JUDGE FERNANDO M. OLGUIN

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE