1  Blake Edward Wilson, ESQ. SBN: 279672
   BLAKE WILSON LAW GROUP
2  555 South Corona Mall
   Corona, CA. 92879
3  (951) 880-1898
   (951) 346-3360 fax
4  Email: bwilson@blakewilsonlawgroup.com

   JS-6

5  *Attorney for Plaintiff*

6

7  UNITED STATES DISTRICT COURT

8  CENTRAL DISTRICT OF CALIFORNIA

9

10 MARK W. STEIDEL, an Individual;        ) CASE NO.: 5:12-cv-02085-FMO-DTBx
                                           )
11        Plaintiff                        ) **STIPULATION TO DIMISS**
                                           ) **PLAINTIFF'S COMPLAINT**
12     vs.                                 ) **WITHOUT PREJUDICE;** AND ORDER
                                           )
13                                         )
   JPMORGAN CHASE BANK, a New York         )
14 Corporation;                            )
                                           )
15 NDEX WEST, LLC, a Delaware              )
16 Corporation;                            )
                                           )
17 MORTGAGE ELECTRONIC                     )
   REGISTRATION SYSTEMS, INC., a           )
18 Delaware Corporation; and               )
                                           )
19 DOES 1 THROUGH 100 INCLUSIVE.           )
20                                         )
                                           )
21        Defendants                       )

22

23     Plaintiff, MARK W. STEIDEL ("Plaintiff") and Defendants, JPMORGAN CHASE

24 BANK, N.A., NDEX WEST, and MORTGAGE ELECTRONIC REGISTRATION

25 SYSTEMS, INC., by and through their respective counsel (collective the "Parties"), hereby

26

27 enter into this stipulation to dismiss case no. 5:12-cv-02085-FMO-DTBx in the above-

                                          -1-
28
   STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

captioned court.

WHEREAS, Plaintiff filed his Verified Complaint for Damages and Equitable Relief on November 28, 2012

WHEREAS, Defendant NDEX WEST, LLC filed an Answer to Plaintiff's Verified Complaint on December 26, 2012, and Defendants JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. filed a Motion to Dismiss on January 7, 2013.

WHEREAS, Plaintiff no longer wants to pursue his claims against Defendants at this time.

THE PARTIES HEREBY STIPULATE to the following:

The Plaintiff's Verified Complaint dated November 28, 2012 shall be dismissed without prejudice.

**IT IS SO STIPULATED.**

                                                 **THE LAW OFFICES OF BLAKE WILSON**

**Date: February 6, 2013**              By:   /s/ *Blake E. Wilson*
                                                          **Blake E. Wilson**
                                                          **Attorney for Plaintiff, MARK STEIDEL**

                                                 **KEESAL, YOUNG AND LOGAN**

**Date: February   , 2013**           By:   /s/ **TYSON KOVASH**
                                                             **Tyson Wayne Kovash**
                                                             **Attorney for Defendants, JPMORGAN CHASE and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

| | |
|---|---|
| 1 | |
| 2 | BARRETT DAFFIN FRAPPIER TREDER AND WEISS LLP |
| 3 | |
| 4 | Date: February __, 2013    By: __s/Thomas K. Agawa__ |
| 5 | Thomas K. Agawa<br>Attorney for Defendants NDEX WEST, LLC. |

-3-

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

**ORDER**

Having considered the above stipulation and good cause appearing, IT IS SO ORDERED.

Dated: February 11, 2013

/s/
JUDGE FERNANDO M. OLGUIN

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE